ACCEPTED
03-14-00169-CR
5449741
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/28/2015 11:35:42 AM
JEFFREY D. KYLE
CLERK

**Nos. 03-14-00169-CR**

| | | |
|---|---|---|
| **EX PARTE** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **THIRD JUDICIAL DISTRICT** |
| **JOSE EDUARDO TORRES** | § | **TRAVIS COUNTY, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/28/2015 11:35:42 AM
JEFFREY D. KYLE
Clerk

## MOTION FOR EXTENSION OF TIME
## TO FILE MOTION FOR REHEARING

From the 207th District Court of Comal County, Texas
Trial Court No. CR2013-127
Hon. Bruce Boyer, Judge Presiding

In accordance with Tex. R. App. P. 49.8 and 10.5(b), the undersigned submits the following:

Appellant's request for rehearing and en banc rehearing is due to be filed on, May 28, 2015. Counsel has been ill the last two days and has been unable to complete requests for rehearing. The undersigned requests additional time to prepare and file Appellant's requests for rehearing and rehearing en banc. Mr. Torres requests an extension of five (5) days, to and including June 2, 2015. This is Appellant's second request to extend time.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Court grant the requested extension.

Respectfully submitted,

Robert A. Jimenez
De Mott, McChesney, Curtright & Armendariz
800 Dolorosa Street, Suite 100
San Antonio, Texas 78207
210/354-1844
210/212-2116 - fax


By:  /s/ Robert A. Jimenez
        SBN: 24059125

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of May, 2015 a copy of the foregoing "Motion for Extension of Time to File Motion for Rehearing" has been electronically filed with this Court, and will be served on the Comal County District Attorney's Office.


/s/ ROBERT A. JIMENEZ